**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7109**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

UNDER SEAL 1,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Irene C. Berger, District Judge.  (5:16-cr-00056-1)

Submitted:  February 15, 2018                    Decided:  February 16, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Edward Ward Morgan, LAW OFFICE OF WARD MORGAN, Bluefield, West Virginia, for Appellant.  Monica D. Coleman, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Under Seal 1 appeals the district court's order denying relief on the Government's postjudgment motion. We dismiss the appeal because the order is not reviewable. *See United States v. Pridgen*, 64 F.3d 147, 149-50 (4th Cir. 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*